UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEREK STENSON, as Personal Representative of the estate of Joshua Ross Sarrett,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>JACOB LEENSTRA,<br><br>      Defendant - Appellant,<br><br>and<br><br>KING COUNTY - STATE OF WASHINGTON, a Washington State Government entity; et al.,<br><br>      Defendants. | No. 25-143<br><br>D.C. No. 2:23-cv-01316-MJP<br>Western District of Washington, Seattle<br><br>ORDER |
| DEREK STENSON,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>KING COUNTY - STATE OF WASHINGTON and JACOB LEENSTRA,<br><br>      Defendants - Appellees. | No. 25-326<br>D.C. No. 2:23-cv-01316-MJP<br>Western District of Washington, Seattle |

Pursuant to the stipulation of the parties (Docket Entry No. 9), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

The conference previously scheduled for March 11, 2025, is canceled.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator